

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2016

No. 04-16-00111-CR

Daniel **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5926
Honorable Steve Hilbig, Judge Presiding

## O R D E R

Appellant's brief was originally due on May 30, 2016. Appellant's attorney filed a motion for extension of time of 90 days, citing several reasons. Appellant's counsel's request was granted in part, and the brief deadline was set on June 27, 2016. Appellant's counsel now files another motion for extension of time to July 30, 2016, citing the same reasons as the previous request. These requests for extensions of time came after Appellant caused delay in securing the reporter's record because appellant failed to provide proper notice to the reporters of the appeal.

Appellant's second motion for extension of time to July 27, 2016 is **GRANTED**. Given the extensive extensions and delays, **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court